# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**128**

**CA 14-01268**

PRESENT: SCUDDER, P.J., SMITH, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

---

LAURIE JACOBI, PLAINTIFF-APPELLANT,

V                                                              ORDER

JENNIE DENI AND FRANK DENI,
DEFENDANTS-RESPONDENTS.

---

WILLIAM K. MATTAR, P.C., WILLIAMSVILLE (C. DANIEL MCGILLICUDDY OF COUNSEL), FOR PLAINTIFF-APPELLANT.

THE LAW OFFICE OF EDWARD M. EUSTACE, WHITE PLAINS (PATRICIA A. MOONEY OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered September 26, 2013. The order denied the motion of plaintiff for a new trial.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: February 6, 2015                          Frances E. Cafarell
                                                   Clerk of the Court